

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SELECTIVE INSURANCE COMPANY OF AMERICA    *

       Plaintiff             *      Case No.: 05 mc 12 UNA

v.                                       *

GRASSBUSTERS LANDSCAPING CO., INC., ET AL.    *

       Defendants           *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>NOTICE OF SATISFACTION OF FOREIGN JUDGMENT</u>

Selective Insurance Company of America, Plaintiff and Judgment Creditor, by David D.

Gilliss, Joel P. Williams, and Niles, Barton & Wilmer, LLP, its attorneys, hereby provides

**NOTICE** that the Foreign Judgment filed with this Court on February 2, 2005 (Exhibit 1) has

been **SATISFIED**.

                                Respectfully submitted,

                                _____

                                Joel P. Williams
                                (U.S. District for the District of Maryland
                                Bar No. 024944)
                                Niles, Barton & Wilmer, LLP
                                111 S. Calvert Street, Suite 1400
                                Baltimore, MD 21202
                                (410) 783-6300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 13th day of October, 2005, a copy of the foregoing Notice

of Satisfaction of Foreign Judgment and attached Exhibit were mailed first-class, postage prepaid,

to:

Edward T. DeLisle, Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1515 Market Street, Eleventh Fllor
Philadelphia, Pennsylvania 19102
**Attorney for Judgment Debtors**


_____

Joel P. Williams

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

SELECTIVE INSURANCE COMPANY OF AMERICA        *
40 Wantage Avenue
Branchville, New Jersey 07890                 *

       Plaintiff                          *       Case No.: OS mc 12

v.                                            *

GRASSBUSTERS LANDSCAPING CO., INC.            *
935 Rahway Drive
Newark, DE 19711                              *

     SERVE:     Richard A. Crouse          *
               9 Willow Oak Court
               Elkton, MD 21921          *

and                                           *

RICHARD A. CROUSE                             *
9 Willow Oak Court
Elkton, MD 21921                              *

       Defendants                         *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST TO FILE FOREIGN JUDGMENT

    Selective Insurance Company of America, Plaintiff and Judgment Creditor, by David D.

Gilliss, Joel P. Williams, and Niles, Barton & Wilmer, LLP, its attorneys, pursuant to Del. Code

Ann., Title 10, Part III, §4801 et seq., hereby submits this Request to File Foreign Judgment with

this Court and in support thereof, states:

    1. A foreign judgment was entered on October 5, 2004, by the U.S. District Court for the

District of Maryland (Baltimore), in Case No. RDB 03-2657, in favor of the Plaintiff/Judgment

Creditor, Selective Insurance Company of America, and against the Defendants/Judgment

EXHIBIT

1

(cv. 12/93)  Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND _____

Selective Insurance Company of America

V.

Grassbusters Landscaping Co., Inc., et al

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

05 mc 12

Case Number:    RDB03-2657

I, _____ Felicia Cannon _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action ___10/05/04___ , as it
                                                                                                    Date

appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal

Rules of Appellate Procedure has been filed. _____

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

___12/16/04___
        Date

FELICIA C. CANNON _____
Clerk

_____
(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)