# NILES, BARTON & WILMER, LLP

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363

ATTORNEYS AT LAW
SUITE 1400
III S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

WEBSITE www.niles-law.com
WRITER'S DIRECT CONTACT

(410) 783-6368
Fax: (410) 783-6363
jpwilliams@niles-law.com

October 13, 2005

Clerk
U.S. District Court for the District of Delaware
J. Caleb Boggs federal Building
844 N. King Street
Wilmington, DE 19801



    Re:    Selective Insurance Company of America v.
            Grassbusters Landscaping Co., Inc., et al.
            Case No.: 05 mc 12 UUA
            Our File No.: 44837

Dear Sir or Madam:

    This office represents Selective Insurance Company of America with reference to a judgment obtained against the Defendants, Grassbusters Landscaping Co., Inc. and Richard A. Crouse.

    Enclosed please find a Notice of Satisfaction of Foreign Judgment for filing in the above-referenced case. A copy has been attached for date-stamping and return to my attention in the self-addressed envelope provided.

    Thank you for your kind attention in this matter. Should you have any questions or require anything further, please feel free to contact me.

Very truly yours,

Joel P. Williams

JPW/cmh
Enclosures

cc:    Edward T. DeLisle, Esquire